IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ALBA COLD STORAGE, INC., <br> Plaintiff, | § § § § | |
| v. | § | EP-17-CV-156-DB |
| ARCH SPECIALTY INSURANCE COMPANY and JOHN GORDON, <br> Defendants. | § § § § | |

FILED
2018 MAY 17 PM 4:10

## FINAL JUDGMENT

On this day, the Court issued an order dismissing all claims in the above-captioned case. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SIGNED** this **17th** day of **May 2018**.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE